IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **EDWARD FREEMAN**, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | FILE NO. SC2022CV000080 |
| **WALMART STORES EAST, LP**, | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 USC §1446, Defendant Wal-Mart Stores East, LP files this Notice of Removal in the United States District Court for the Middle District of Georgia, Columbus Division, and evokes this Court's jurisdiction over the above-styled civil action on the following grounds:

1.

This personal injury action was commenced on January 25, 2022 by the filing of the original Summons and Complaint in the State Court of Muscogee County, Georgia, styled *Edward Freeman v. Wal-Mart Stores East, LP*, Civil Action File No. SC2022CV000080. Attached hereto as **Exhibit A** are copies of all pleadings received by Defendant in such action to date.

2.

Defendant was served with Plaintiff's Complaint on February 3, 2022. Defendant filed its Answer and Defenses with the State Court of Muscogee County on March 2, 2022. (See **Exhibit B**, attached hereto).

3.

A copy of the Notice of Filing Removal, filed in the State Court of Muscogee County,

Georgia, is attached hereto as **Exhibit C**.

4.

Pursuant to 28 USC §1332, the United States District Court "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

5.

Defendant Walmart Stores East, LP is a limited partnership existing under the laws of the State of Delaware. (See Exhibit A, Plaintiff's Complaint ¶ 4). WSE Management, LLC is the general partner of Defendant Wal-Mart Stores East, LP and WSE Investment, LLC is the limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.), an Arkansas limited liability company. Wal-Mart Stores East, Inc. was converted to an Arkansas limited liability company on January 25, 2011. Wal-Mart Stores East, LLC is a wholly-owned subsidiary of Wal-Mart Stores, Inc. All of these entities are foreign corporations and are diverse in citizenship from Plaintiff's state of citizenship, Georgia.

6.

Walmart has timely removed this case pursuant to 28 U.S.C.A. §1446(b)(3) which states, "[I]if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." This removal is filed within thirty (30) days of Defendant's receipt of the action by certified mail dated February 3, 2022. (Exhibit A, Service of Process Transmittal). Defendant has not yet been served pursuant to O.C.G.A. §9-11-4.

7.

Plaintiff's Complaint alleges causes of action based on negligence. (Exhibit A, Plaintiff's Complaint ¶¶ 15 - 21). Plaintiff alleges that on January 26, 2020, he slipped and fell on a foreign object in the Wal-Mart store in Columbus, Georgia and suffered bodily injuries. (Exhibit A, Plaintiff's Complaint ¶ 10-13).

8.

In her pre-suit demand dated made by Plaintiff's former counsel on February 1, 2021, Plaintiff claimed that her related medical special damages total $49,038.62. The demand by which Plaintiff valued her claim was for $1,000,000. (**Exhibit D**, Plaintiff's Demand and attachments).

9.

Based on the amount of Plaintiff's demand, exclusive of interest and costs, the amount in controversy exceeds the sum of $75,000. Plaintiff herself believes the value of her case is over $75,000, as she claims her total damages amount to $49,038.62 and demanded $1,000,000 for settlement. (**Exhibit D**). While Plaintiff's Complaint alleges $12,577.97 in medical expenses, it is Defendant's position that Plaintiff's $1,000,000 demand reflects Plaintiff's valuation well above the $75,000 amount in controversy.

10.

This Court has jurisdiction over this matter pursuant to 28 USC §1332(a) because complete diversity exists between the parties and the amount in controversy is open-ended and potentially exceeds $75,000.

11.

By service of a copy of this Notice of Removal as evidenced by the Certificate of Service attached, Defendant gives notice of such removal to Plaintiff.

WHEREFORE, Defendant prays that this Court recognize and exercise jurisdiction over this claim from the State Court of Muscogee County, Georgia, and that this action proceed as removed under this Court's jurisdiction pursuant 28 USC §1332.

Respectfully submitted, this 3rd day of March, 2022.

**DREW ECKL & FARNHAM, LLP**

 /s/ Camille D. Dizon
Leslie P. Becknell
Georgia Bar No. 046320
James V. Painter
Georgia Bar No. 559390
Camille D. Dizon
Georgia Bar No. 953073

777 Gloucester Street, Suite 305
Brunswick, Georgia 31520
(912) 602-6965
(404) 876-0992 (fax)
becknelll@deflaw.com

303 Peachtree Street NE
Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
(404) 876-0992 (fax)
painterj@deflaw.com
dizonc@deflaw.com
*Attorneys for Wal-Mart Stores East, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **EDWARD FREEMAN**, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | FILE NO. SC2022CV000080 |
| **WALMART STORES EAST, LP**, : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within and foregoing ***Defendants' Notice of Removal*** on counsel of record via United States Mail, postage prepaid, by US mail and via the CM/ECF system, addressed to counsel of record as follows:

David T. Dorer
Dozier Law Firm, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31202

This 3rd day of March, 2022.

**DREW ECKL & FARNHAM, LLP**

 /s/ *Camille D. Dizon*
Leslie P. Becknell
Georgia Bar No. 046320
James V. Painter
Georgia Bar No. 559390
Camille D. Dizon
Georgia Bar No. 953073

777 Gloucester Street, Suite 305
Brunswick, Georgia 31520
(912) 602-6965
(404) 876-0992 (fax)
becknelll@deflaw.com

303 Peachtree Street NE
Suite 3500
Atlanta, Georgia  30308
(404) 885-1400
(404) 876-0992 (fax)
painterj@deflaw.com
dizonc@deflaw.com
***Attorneys for Wal-Mart Stores East, LP***