

**Service of Process Transmittal**
02/03/2022
CT Log Number 540997952

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Wal-Mart Stores East, LP  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: FREEMAN EDWARD // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Letter, Attachment(s), Complaint, Summons, Notice(s), Motion, Affidavit, Order, Certificate, Request, First Interrogatories, First Request |
| **COURT/AGENCY:** | State Court of Muscogee County, GA<br>Case # SC2022CV000080 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 01/26/2020, at 5448 Whittlesey Blvd, Ste B, Columbus, Georgia 31909 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company (FL), Cumming, GA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/03/2022 postmarked on 01/25/2022 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | David T. Dorer<br>Dozier Law Firm, LLC<br>487 Cherry Street<br>Macon, GA 31202<br>478-742-8441 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/03/2022, Expected Purge Date: 02/08/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | The Corporation Company (FL)<br>106 Colony Park Drive<br>STE 800-B<br>Cumming, GA 30040<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## CERTIFIED MAIL®



7020 1810 0001 8802 8253

**$9.76** US POSTAGE
10 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 2
RETAIL

062S0009564450
6830377
FROM 31201

**stamps**
**endicia**
01/25/2022



# USPS FIRST CLASS MAIL®

DOZIER LAW FIRM
C/O MARIAH COHEN
327 3RD ST
MACON GA 31201          C006

SHIP
TO:     Wal-Mart Stores East, LP
        c/o The Corporation Company
        106 Colony Park Dr, Ste. 800-B
        Cumming GA 30040-2794

## USPS CERTIFIED MAIL™



9414 7116 9900 0511 9129 89

## Civil Process Server

Zack Dozier
Jack Jenkins
Sean Bewick
Dustin W. Hamilton
Ashley Cameron-Bivins
Eric Alvarez (*Lic. in MI and GA*)
Rich Jenkins
Sean G. Hickey
Col. George Phillips, M.D.



**DOZIER**
**LAW FIRM LLC**

David Dozier
Sam Hart, Jr.
David T. Dorer
James Kurhajian
Travis Tuggle
Lindsay Simmons
Micah J. East
Savanna Roughen1

January 25, 2022

Via Certified Mail: 7020 1810 0001 8802 8253
RETURN RECEIPT REQUESTED
Wal-Mart Stores East, LP
c/o The Corporation Company
106 Colony Park Dr, Ste 800-B
Cumming, GA 30040-2794

From the Office of David Thomas Dorer
Dozier Law Firm, LLC
327 Third Street
P.O. Box 13
Macon, Georgia 31202-0013
Direct Dial: 478-742-8441, ext. 116.
dorer@dozierlaw.com

RE:   Edward Freeman v. Wal-Mart Stores East, LP, Muscogee County State Court
      CAN: SC2022CV000080 Request for Acknowledgment and Waiver of Service of
      Process

Dear Wal-Mart Stores East, LP:

I represent Edward Freeman in the lawsuit that has been filed against you for your
negligent conduct on or about 1/26/2020.

Enclosed is a request that you acknowledge and waive service of process. I am not your
attorney. I cannot provide you with legal advice on acknowledging and waiving service;
however, I can state that my client will seek the full penalties available in the event you refuse to
do so within thirty (30) days of the receipt of this letter.

Sincerely,

David Thomas Dorer
Dozier Law Firm, LLC
Trial Lawyer

DTD/mc

Enclosures: one (1) Case Initiation Form; one (1) Complaint for Damages; one (1) Summons;
one (1) Notice of Lawsuit; two (2) proposed Acknowledgment and Waiver of Service of Process;
one (1) Leave of Absence; one (1) 5.2(2) Certificate of Service of Discovery Requests and
Corresponding Requests; one (1) self-addressed, stamped envelope.

**General Civil and Domestic Relations Case Filing Information Form**

☰ **EFILED IN OFFICE**
CLERK OF STATE COURT
MUSCOGEE COUNTY, GEORGIA

☐ Superior or ☑ State Court of _Muscogee_____ County   **SC2022CV000080**

| For Clerk Use Only | JAN 25, 2022 12:39 PM |
|---|---|
| Date Filed _01-25-2022_____<br>**MM-DD-YYYY** | Case Number _SC2022CV000080_____ | _Danielle F. Forté_<br>Danielle F. Forté, Clerk<br>Muscogee County, Georgia |

| **Plaintiff(s)** | | | | | **Defendant(s)** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freeman, Edward | | | | | Wal-Mart Stores East, LP | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| | | | | | | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| | | | | | | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| | | | | | | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** _Dorer, David_____   **Bar Number** _934408_____   Self-Represented ☐

Check one case type and, if applicable, one sub-type in one box.

**General Civil Cases**
- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contract**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☑ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**
- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
          Case Number                          Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

Version 1.1.20

&#128228; EFILED IN OFFICE
CLERK OF STATE COURT
MUSCOGEE COUNTY, GEORGIA

**SC2022CV000080**

JAN 25, 2022 12:39 PM

Danielle F. Forté, Clerk
Muscogee County, Georgia

## IN THE STATE COURT OF MUSCOGEE COUNTY
## STATE OF GEORGIA

EDWARD FREEMAN,                    :
                                          :

    Plaintiff,                        :

                                           :

VS.                               :
                                         :    **CIVIL ACTION NO:** _____

WAL-MART STORES EAST, LP,          :

    Defendants.                       :
                                         :

## COMPLAINT FOR DAMAGES

COMES NOW, Edward Freeman, plaintiff in the above-captioned case, by and through undersigned counsel of record and files this Complaint for Damages and respectfully shows this Honorable Court as follows:

### VENUE AND JURISDICTION

1.

The defendant Wal-mart Stores East, LP is a foreign for-profit limited who's registered agent resides in Forsyth County, Georgia. As such, Defendant Wal-mart Stores East, LP is subject to the venue of Forsyth County, Georgia pursuant to O.C.G.A. § 14-2-510(b)(1).

2.

The occurrence which gives rise to this Complaint for Damages occurred in Muscogee County Georgia. As such, Defendant Wal-mart Stores East, LP is subject to the venue of Muscogee County, Georgia pursuant to O.C.G.A. § 14-2-510(b)(3).

3.

The defendant Wal-mart Stores East, LP is subject to the jurisdiction of this Honorable

Court. See: O.C.G.A. § 9-10-91(2); International Shoe Co. v. Washington, 326 U.S. 310 (1945).

4.

This venue is proper as to the defendant Wal-mart Stores East, LP.

## GENERAL FACTS COMMON TO ALL COUNTS

5.

Plaintiff hereby incorporates all previous paragraphs of this Complaint for Damages.

## THE PREMISES

6.

Defendant Wal-mart Stores East, LP  owns and/or operates a superstore located at 5448

Whittlesey Blvd, Ste B, Columbus, Georgia 31909 (hereinafter, "premises").

7.

The aforementioned premises is open to the public for business.

8.

On or about January 26, 2020 Wal-mart Stores East, LP, by express or implied invitation,

induced or lead the Plaintiff to come upon the aforementioned premises for a lawful purpose.

9.

On or about January 26, 2020 Plaintiff was an invitee on the premises owned and

operated by the defendant Wal-mart Stores East, LP

## CONDITIONS LEADING TO INJURY

10.

While on the premises as an invitee, Plaintiff slipped on a foreign object on the ground.

11.

At all times relevant to this Complaint for Damages, there were no signs and/or warnings to put plaintiff on notice of a potentially dangerous hazard.

## INJURIES AND DAMAGES

12.

The aforementioned circumstances pled in this Complaint for Damages resulted in serious injuries to plaintiff's body.

13.

As a foreseeable and proximate result of Plaintiff's injuries, the Plaintiff has incurred medical expenses in excess of $12,577.97 and lost wages in excess of $ 1.00.

14.

In addition to the aforementioned damages, Plaintiff has and will endure pain and suffering.

## COUNT I: PREMISES LIABILITY AS TO WAL-MART STORES EAST, LP

15.

Plaintiff hereby incorporates all previous paragraphs of this Complaint for Damages.

16

Defendant Wal-mart Stores East, LP has and had a duty to exercise ordinary care in keeping the aforementioned store and its approaches safe.

17.

Defendant Wal-mart Stores East, LP, breached the aforementioned duty on January 26, 2020 by failing to use ordinary care in preventing hazardous conditions which could result in an

injury.

18.

As a foreseeable and proximate result of the defendant Wal-mart Stores East, LP's

breach, the Plaintiff suffered serious injuries to Plaintiff's body as pled in this Complaint for

Damages.

19.

As a foreseeable and proximate result of Plaintiff's injuries, the Plaintiff incurred

damages as pled in this Complaint for Damages.

20.

Plaintiff  has a cause of action against defendant Wal-mart Stores East, LP  for personal

injuries arising from defendant's premises liability.

21.

Plaintiff is entitled to recover from the defendant Wal-mart Stores East, LP for damages

as pled in this Complaint for Damages.        WHEREFORE, the Plaintiff prays that:

   a.    Summons be issued as to the Defendant(s);
   b.    that the Defendant(s) be called to answer this Complaint for Damages;
   c.    that a trial be held on all issues so triable;
   d.    that a Judgment be entered against the Defendant for all the Plaintiff's specific
         damages including past and future medical expenses and past and future lost
         wages, if applicable;
   e.    that said Judgment include an award of attorneys' fees and costs for the
         Defendant(s)' bad faith, stubborn litigiousness, and causing the Plaintiff
         unnecessary time and expense pursuant to O.C.G.A. § 13-6-11; see: Bo Phillips
         Co. v. R.L. King Properties, LLC, 336 Ga. App. 705 (2016);
   f.    that said Judgment include a sum to compensate the Plaintiff for general damages
         in an amount to be determined by the enlightened conscience of a fair and
         impartial jury; and,
   g.    such further relief as this Court determines is adequate and just.

This25 day of January 2022.

/s/ David T. Dorer

David T. Dorer
Attorney for the Plaintiff
State Bar No. 934408

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202
(478) 742-8441
dorerlawteam@dozierlaw.com

*PLEASE HAVE THE SHERIFF OF FORSYTH COUNTY SERVE THE DEFENDANT,*
*WAL-MART STORES EAST, LP  C/O ITS REGISTERED AGENT AT:*

Wal-mart Stores East, LP
c/o The Corporation Company
106 Colony Park Drive, Ste. 800-B
Cumming, GA 30040-2794

**STATE COURT OF MUSCOGEE COUNTY**
**STATE OF GEORGIA**

⑥ EFILED IN OFFICE
CLERK OF STATE COURT
MUSCOGEE COUNTY, GEORGIA

**SC2022CV000080**

JAN 25, 2022 12:39 PM

Danielle F. Forté, Clerk
Muscogee County, Georgia

CIVIL ACTION NUMBER  SC2022CV000080

Freeman, Edward

**PLAINTIFF**

VS.

Wal-Mart Stores East, LP

**DEFENDANT**

**SUMMONS**

TO: WAL-MART STORES EAST, LP

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **David Dorer**
> **Dozier Law Firm, LLC**
> **327 Third Street**
> **PO Box 13**
> **Macon, Georgia 31201-0013**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 25th day of January, 2022.**

Clerk of State Court

Danielle F. Forté, Clerk
Muscogee County, Georgia

Page 1 of 1

📧 EFILED IN OFFICE
CLERK OF STATE COURT
MUSCOGEE COUNTY, GEORGIA

**SC2022CV000080**

JAN 25, 2022 12:39 PM

*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

### IN THE STATE COURT OF MUSCOGEE COUNTY
### STATE OF GEORGIA

**EDWARD FREEMAN,**

    Plaintiff,

VS.

**CIVIL ACTION NO: _____**

**WAL-MART STORES EAST, LP,**

    Defendants.

---

### NOTICE OF LAWSUIT

TO: Wal-mart Stores East, LP

I am notifying you in writing, pursuant to my requirements under O.C.G.A. § 9-11-4(d)(3)(A), that a lawsuit in the above-captioned court has been commenced against you. A copy of the complaint in the above-captioned case is attached to this notice, as is required by O.C.G.A. § 9-11-4(d)(3)(C). This notice has been sent via certified mail with return receipt requested so as to be the most reliable means of ensuring delivery, above and beyond the requirements of O.C.G.A. § 9-11-4(d)(3)(B).

This is not a formal summons or notification from the court, but rather my request pursuant to Code Section 9-11-4 of the Official Code of Georgia Annotated that you sign and return the enclosed Acknowledgment of Service, Waiver of Issuance of a Summons, Waiver of Defense of Insufficiency of Service of Process, and Waiver of any Further Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint.

Your duty to avoid the unnecessary cost of service under O.C.G.A. § 9-11-4(d)(3) will be properly performed if I and the Court receive a signed copy of the waiver within 30 days after the date designated below as the date on which this notice is received. I enclose a stamped and

Page 1 of 4

addressed envelope for your use. An extra copy of the waiver is also attached for your records.

## YOU ARE ENTITLED TO CONSULT WITH YOUR ATTORNEY REGARDING THIS MATTER.

If you comply with this request and file with the above-captioned Court and return a copy

to me of the signed Acknowledgment of Service, Waiver of the Issuance of a Summons, Waiver

of Defenses of Insufficiency of Service of Process, and Waiver of any Further Service, the

Waiver will be filed with the court and no summons will be served on you. The action will then

proceed as if you had been served on the date the waiver is filed, except that you will not be

obligated to answer the complaint before sixty (60) days from the date you execute the enclosed

Acknowledgment of Service, Waiver of the Issuance of a Summons, Waiver of Defenses of

Insufficiency of Service of Process, and Waiver of any Further Service.

If you do not return the signed waiver within the time indicated, I will take appropriate

steps to effect formal service in a manner authorized by the Georgia Rules of Civil Procedure and

will then, to the extent authorized by those Rules, ask the court to require you to pay the full cost

of service of summons, which is set forth on the Notice of Duty to Avoid Unnecessary Costs of

Service of Summons enclosed herein.

Subsection (d) of Code Section 9-11-4 of the Official Code of Georgia Annotated

requires certain parties to cooperate in saving unnecessary costs of service of the summons and

the pleading. A defendant located in the United States who, after being notified of an action and

asked by a plaintiff located in the United States to waive service of a summons, fails to do so will

be required to bear the cost of such service unless good cause be shown for such defendant's

failure to sign and return the waiver.

## DUTY TO AVOID UNNECESSARY EXPENSES IN LITIGATION

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

This 25 day of January 2022.

/s/ David T. Dorer
David T. Dorer
Attorney for the Plaintiff
State Bar No. 934408

DOZIER LAW FIRM, LLC
327 Third Street
P.O. Box 13
Macon, Georgia 31202
(478) 742-8441
dorer@dozierlaw.com

## CERTIFICATE OF SERVICE

I certify that I have served on the following persons, by certified mail and/or other reliable means, a copy of this notice, two copies of a proposed form for acknowledging and waiving service of process, a prepaid, self-addressed envelope,  a copy of the Complaint, Summons, 5.2(2) certificate of service of discovery, original discovery requests, and all other filed notices, motions, orders, or pleadings in the above-captioned case to the following:

Wal-Mart Stores East, LP
C/o The Corporation Company
106 Colony Park Dr, Ste. 800-B
Cumming, GA 30040-2794

This 25 day of January 2022.

/s/ David T. Dorer
David T. Dorer
Attorney for the Plaintiff
State Bar No. 934408

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202
(478) 742-8441
dorerlawteam@dozierlaw.com

⚜ EFILED IN OFFICE
CLERK OF STATE COURT
MUSCOGEE COUNTY, GEORGIA

**SC2022CV000080**

JAN 25, 2022 12:39 PM

*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

## IN THE STATE COURT OF MUSCOGEE COUNTY
## STATE OF GEORGIA

EDWARD FREEMAN,                          :

     Plaintiff,                        :

                            :

VS.                                      :

                            :   **CIVIL ACTION NO:** _____

WAL-MART STORES EAST, LP,                :

     Defendants.                       :

                            :

### MOTION TO APPOINT A SPECIAL AGENT FOR SERVICE OF PROCESS

COMES NOW, Plaintiff in the above-styled action and files this Motion to Appoint a

Special Agent for Service of Process and shows this Honorable Court as follows:

1.

Plaintiff filed the instant lawsuit on January 25, 2022.

2.

Defendant has a "duty to avoid unnecessary costs of serving the summons" by

acknowledging and waiving service of process pursuant to O.C.G.A. § 9-11-4(d). Plaintiff is

affording the Defendant an opportunity to comply with this duty. See: Notice of Lawsuit, filed

contemporaneously hereto.

However, in the event that the Defendant is non-compliant, Plaintiff has a duty to serve

the Defendant within five (5) days of the person making such service receiving a copy of the

Complaint and Summons. See: O.C.G.A. § 9-11-4(c). As such, the Plaintiff wishes to be

prepared, and moves to appoint Plaintiff's process server to be ready to effectuate any service

that may become necessary in this case.

3.

Plaintiff's process server meets the qualifications of being a process server in the State of

Georgia. Exh. A.

4.

Plaintiff prays that this Honorable Court appoint Raymond Cross for purposes of service

of process in this case.

This 25 day of January, 2022

/s/ David T. Dorer
David T. Dorer
Attorney for the Plaintiff
State Bar No. 934408

DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202
(478) 742-8441
dorerlawteam@dozierlaw.com

# EXHIBIT A

## STATE COURT OF BIBB COUNTY
## STATE OF GEORGIA
## AFFIDAVIT OF RAYMOND CROSS

1.

 My name is Raymond Cross, I have reached the age of legal majority, am of sound mind, have not taken any mind altering substances which would impair my testimony or would interfere with my full and complete understanding of the oath I have sworn to when providing this affidavit of my testimony.

2.

 I am a citizen of the United States and wholly disinterested from the parties to this action.

3.

 I am a licensed investigator in good standing with the State of Georgia and an employee of Cross and Mullins Investigations since 2014.

4.

 I have been a court appointed process server in numerous Georgia counties including Bibb, Houston, Jones, Peach, Crawford and the Ocmulgee Judicial Circuit. I am a year-to-year appointed process served in Bibb Superior Court.

This 14th day of January, 2020.

          Raymond Cross

Sworn to and subscribed before me
this 14th day of January, 2020.

Notary Public
My Commission Expires:

IN THE STATE COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA

**EDWARD FREEMAN,**

    Plaintiff,

VS.

**WAL-MART STORES EAST, LP,**

    Defendants.

**CIVIL ACTION NO:** _____

**ORDER APPOINTING SPECIAL AGENT FOR SERVICE OF PROCESS**

    WHERAS, the Plaintiff has moved this Court to appoint Raymond Cross as a special agent of service of process; and,

    WHEREAS, the Defendant(s) has/have not yet been served in the above-captioned case; and,

    WHEREAS, Raymond Cross  meets the qualifications of a special agent of service of process under Georgia Law; it is so ORDERED.

    Raymond Cross  is hereby appointed as a special agent for service of process in the above-captioned case.

    So ordered this____day of _____ 20___.

                        _____
                        Judge, State Court of Muscogee County

Order Prepared By:
/s/ David Thomas Dorer
David Thomas Dorer
DOZIER LAW FIRM, LLC
Georgia Bar No. 934408
Attorney for the Plaintiff

IN THE STATE COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA

EDWARD FREEMAN,                              :
                                            :
          Plaintiff,                        :
                                            :
VS.                                         :
                                            :          CIVIL ACTION NO: _____.
WAL-MART STORES EAST, LP,                   :
                                            :
          Defendants.                       :
                                            :

---

**ACKNOWLEDGMENT OF SERVICE, WAIVER OF ISSUANCE OF SUMMONS,
WAIVER OF DEFENSES OF INSUFFICIENCY OF SERVICE OF PROCESS, AND
WAIVER OF FURTHER SERVICE**

---

COMES NOW, Wal-mart Stores East, LP, the Defendant(s) in the above-captioned

action, and files this Acknowledgment of Service, Waiver of Issuance of Summons, Waiver of

Defenses of Insufficiency of Service of Process, and Waiver of Further Service and Shows this

Honorable Court as follows:

1.

Defendant(s) understand(s) that O.C.G.A. § 9-11-4(d)(2) requires certain parties to

cooperate in saving unnecessary costs of service of the complaint in the above-captioned case.[1]

Defendant(s) acknowledge being located in the United States having been duly notified of an

action and asked to waiver service of summons, and therefore acknowledge that Defendant(s)

would be responsible for the costs of service in the event of a failure to acknowledge and waiver

---

[1] A defendant located in the United States who, after being notified of an action and asked
by a plaintiff located in the United States to waive service of summons, fails to do so will be
required to bear the cost of such service unless good cause be shown for its failure to sign and
return the waiver. It is not good cause for a failure to waive service that a party believes that the
complaint is unfounded, or that the action has been brought in an improper place or in a court
that lacks jurisdiction over the subject matter of the action or over its person or property.

service of process.

2.

Defendant(s) hereby acknowledge(s) that the Plaintiff has provided Defendant(s) with an opportunity to return file this instrument within thirty (30) days of receipt. Therefore, the Plaintiff's request is proper under O.C.G.A. § 9-11-4(d)(3)(F).

3.

Defendant(s) in the above captioned case attest(s) to being in possession of a service copy of the Complaint in the above-captioned case. As such, Defendant(s) hereby acknowledge(s) service of the above-captioned Complaint. Defendant(s) also acknowledge(s) that the Plaintiff has agreed to permit Defendant(s) sixty (60) days to Answer the Complaint in the above-captioned case from the date of the execution of this waiver.

4.

In addition to acknowledging service, the undersigned Defendant(s) hereby waive the issuance of any summons in the above-captioned case.[2]

5.

Further, the undersigned Defendant(s) hereby waive the defense of insufficiency of service of process.[3]

---

[2] Defendant(s) attest to having received a copy of the complaint in the above-captioned action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. Defendant(s)understand the right to consult with an attorney regarding the consequences of signing this waiver. With this knowledge, Defendant(s) opt to execute this instrument.

[3] Defendant(s) recognize that any failure to waive service of process can leave Defendant(s) liable for attorney's fees and costs associated with perfecting service, and that the waiver of service of process does not waive the affirmative defenses of improper venue or lack of

6.

Further, the undersigned Defendant(s) hereby waive any further service in order to perfect

service of process.[4]

7.

Defendant(s)understand that, by acknowledging service, waiving the issuance of a

summons, waiving insufficiency of service of process, and waiving further service, Defendant(s)

still must, within sixty (60) days file a response to the complaint and must also file a signed copy

of the same response with the court. If the answer or motion is not served within this time, a

default judgment may be taken against that defendant. By waiving service, a defendant is allowed

more time to answer than if the summons had been actually served when the request for waiver

of service was received.

8.

Defendant(s) agree(s) to file this instrument with the Court.

WHEREFORE, the undersigned hereby Acknowledges Service, Waives the Issuance of a

Summons, Waives Defenses of Insufficiency of Service of Process, and Waives any Future

Service in order to Perfect Service.

---

personal jurisdiction. Defendant(s) will retain all defenses or objections to the lawsuit or to the
jurisdiction or venue of the court except for objections based on a defect in the summons or in
the service of the summons.

[4] Defendant(s) agree(s) to save the cost of service of a summons and an additional copy of
the complaint in this lawsuit by not requiring that Defendant(s) be served with judicial process in
the manner provided by the Georgia Rules of Civil Procedure.

This ____ day of _____, 20___.

                                                                _____

                                                            Wal-mart Stores East, LP

## CERTIFICATE OF SERVICE

I hereby certify that I have served on all parties to this litigation a copy of the foregoing

pleading by depositing the same in the U.S. Mail with proper postage affixed and addressed to:

                                    David Thomas Dorer
                                    Dozier Law Firm, LLC
                                    487 Cherry Street
                                    P.O. Box 13
                                    Macon, Georgia 31202-0013
                                    dorerlawteam@dozierlaw.com

Respectfully submitted this____ day of _____ 20__.

                                                              _____

                                              Wal-mart Stores East, LP

Prepared By:
David Thomas Dorer
DOZIER LAW FIRM, LLC
487 Cherry Street
P.O. Box 13
Macon, Georgia 31202
(478) 742-8441
dorerlawteam@dozierlaw.com